UNITED STATES of America, Plaintiff–Appellee,

v.

**Anna GONZALEZ, Defendant–Appellant.**

No. 03–40419.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 21, 2004.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Guadalupe S. Olvera, III, Brownsville, TX, for Defendant–Appellant.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

---

PER CURIAM.*

Anna Gonzalez appeals the sentence imposed following her guilty-plea conviction for aiding, abetting, and assisting another to possess with intent to distribute six kilograms of cocaine. She contends that the district court erred by not reducing her sentence under the safety-valve provision in U.S.S.G. § 5C1.2.

Gonzalez does not contend that she provided complete and truthful information to the Government. *See* U.S.S.G. § 5C1.2(a)(5). Therefore, she has not shown that the district court clearly erred by not reducing her sentence under the safety valve. *See United States v. Flanagan,* 80 F.3d 143, 146–47 (5th Cir.1996); *United States v. Wallington,* 889 F.2d 573, 580 n. 9 (5th Cir.1989).

*AFFIRMED*

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.